UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Eric Michael Sorenson,
        Plaintiff,
v.                                              Case No. 3:16-cv-02029 (KAD)

MBI, Inc., Danbury Mint, John P. Hobar,
        Defendants.

## JUDGMENT

This action having come on for consideration of defendants' motion to dismiss [doc. #27] and plaintiff's motion to transfer, strike and amend the complaint [doc. #65] before the Honorable Kari A. Dooley, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, and having issued a ruling granting the motion to dismiss; it is hereby

ORDERED, ADJUDGED and DECREED that judgment enter in favor of MBI, Inc., Danbury Mint and John P. Hobar and the case is closed.

Dated at Bridgeport, Connecticut, this 22nd day of July, 2019.

                                                                               ROBIN D. TABORA, Clerk

                                                                               By: /s/ Kristen Gould
                                                                                   Kristen Gould
                                                                                   Deputy Clerk

EOD:7/22/2019